## BRYANT v. THE STATE.

Appeal from Rains county.

*Indictment—Theft of Money.*—An indictment for theft of money which describes the money stolen as "one twenty dollar gold piece of the value of twenty dollars, current money of the United States, and one five dollar bill in money of the value of five dollars," fully complies with the rule prescribed in art. 427 C. C. P., and is sufficient.

*Charge—Possession of Property Recently Stolen.*—The court instructed the jury that "possession of property recently stolen is evidence against the defendant, which, like all other evidence is to be taken and considered by the jury in connection with other testimony in the case." HELD; error as giving undue prominence to the evidence submitted on that point; and, it was incorrect to say that such evidence is *against* the defendant.

Reversed and remanded.

Opinion by Willson, J.

## WATKINS ET AL v. THE STATE.

Appeal from Gaudalupe county.

*Bail Bond—Offense Named.*—The appellant was committed by the examining court upon a charge of "theft of property of value over twenty dollars"—the condition in the bail bond named the offense simply as "theft." HELD; there is no variance and the bond is valid.

*Judgment Nisi—*A judgment *nisi* must state that the same will be made final unless good cause be shown at the next term of the court why the defendant did not appear.

Reversed and remanded.    White, P. J.